```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SYLVINIA JACKSON,

                Plaintiff,

    - against -

IHEALTH LABS INC.,

                Defendant.

23-cv-529 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff may file an amended complaint by **June 2, 2023**. The defendant may move or answer by **June 23, 2023**. If the defendant moves to dismiss the amended complaint, the plaintiff may respond by **July 14, 2023** and the defendant may reply by **July 24, 2023**.

If the defendant answers the complaint, the parties should file a Rule 26(f) report by **July 14, 2023**.

SO ORDERED.
Dated:   New York, New York
         May 2, 2023

                                          John G. Koeltl
                                   United States District Judge